# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHNATHAN HOUGH,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-12-1705 |
| v. : | |
| : | (Judge Caputo) |
| **BOP DIRECTOR CHARLES** : | |
| **SAMUELS,** *et al.*, : | |
| : | |
| Respondents | |

# O R D E R

**AND NOW**, this **16th** day of **DECEMBER, 2014**, upon consideration of Mr. Hough's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. Mr. Hough's Motion to Expedite (Doc. 13) is **DENIED** as moot.

3. The Clerk of Court is directed to **CLOSE** this file.

                                          **/s/ A. Richard Caputo**
                                          **A. RICHARD CAPUTO**
                                          **United States District Judge**